# EXHIBIT A

1  Alexander Hernaez (SBN: 201441)
   ahernaez@foxrothschild.com
2  Lee Szor (SBN: 276381)
   lszor@foxrothschild.com
3  FOX ROTHSCHILD LLP
   345 California Street, Suite 2200
4  San Francisco, CA 94104
   Telephone:   415.364.5540
5  Facsimile:   415.391.4436

6  Attorneys for Defendant SPACEX

7

8
                    UNITED STATED DISTRICT COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10

11

12 GILBERT GUZMAN,                          Case No.: _____

13              Plaintiff,                  **DECLARATION OF LEE B. SZOR IN
                                            SUPPORT OF NOTICE OF REMOVAL**
14       v.

15 SPACE EXPLORATION
   TECHNOLOGIES CORP., a Delaware
16 corporation; and DOES 1 through 60,
   inclusive,
17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

29562470_1
DECLARATION OF LEE B. SZOR IN SUPPORT OF NOTICE OF REMOVAL          Case No.: _____

I, Lee B. Szor, hereby declare:

1.    I am an attorney duly licensed to practice law in the State of California and before this Court. I am an associate with Fox Rothschild LLP, counsel of record for Defendant SpaceX in this case. I make this declaration in support of Defendant's Notice of Removal. If called as a witness, I could and would testify to the facts stated in this declaration, all of which are within my personal knowledge.

2.    On August 6, 2015, I caused to be downloaded from the Los Angeles Superior Court's online case records system copies of the summons, complaint, and all other process, pleadings, and orders in connection with the action entitled *Gilbert Guzman v. Space Explorations Technologies Corp., a Delaware corporation; and DOES 1 through 60, inclusive*, Case No. BC574495. Attached hereto as **Exhibit 1** are true and correct copies of the summons, complaint, and other process, pleadings, and orders from the Los Angeles Superior Court's file.

3.    It is unclear from the face of Plaintiff's Complaint whether the Sixth Cause of Action is brought solely pursuant to the California Family Rights Act ("CFRA") or whether the Complaint also asserts a claim under the Family and Medical Leave Act ("FMLA").

4.    Accordingly, on April 30, 2015, Defendant served its Requests for Admission ("RFA") No. 18, which asks Plaintiff to "[a]dmit that you are not pursuing a claim under the federal Family Medical Leave Act." Attached hereto as **Exhibit 2** is a true and correct copy of Defendant's Requests for Admission to Plaintiff, Set One. The purpose of this request was to clarify whether Plaintiff is actually pursuing a claim under the FMLA.

5.    On July 9, 2015, Plaintiff served responses to Defendant's RFAs. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiff's Responses to Requests for Admission Set One. Plaintiff's response to Request for Admission No. 18 is "Deny." (Exhibit 3). Thus, Plaintiff clarified that he is, in fact, pursuing a claim under the FMLA.

6.    On August 4, 2015, I emailed Plaintiff's counsel, Michael G. Jacob, asking him to consent to this removal. Mr. Jacob declined to consent to removal on August 6, 2015.

1
DECLARATION OF LEE B. SZOR IN SUPPORT OF NOTICE OF REMOVAL    Case No.: _____

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct and based upon my person knowledge. Executed this 7th day of
3  August, 2015, in San Francisco, California.

                                                /s/  Lee B. Szor
                                                Lee B. Szor

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action; my business address is: 345 California Street, Suite 2200, San Francisco, CA 94104.

On the date indicated below, I served the foregoing document(s):

**DECLARATION OF LEE B. SZOR IN SUPPORT OF NOTICE OF REMOVAL**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

Douglas N. Silverstein, Esq.  *Attorneys for Plaintiff*
Michael G. Jacob, Esq.
Kesluk, Silverstein & Jacob, P.C.
9255 Sunset Boulevard, Ste. 411
Los Angeles, CA  90069
T: 310.273.3180
F: 310.273.6137

☑ **BY FIRST-CLASS MAIL:** I caused said document(s) to be deposited in a facility regularly maintained by the United States Postal Service on the same day, in a sealed envelope, with postage paid, addressed to the above listed person(s) on whom it is being served for collection and mailing on that date following ordinary business practices.

☑ **[STATE]** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 7, 2015, at San Francisco, California.

/s/ Karen R. Beaton
An Employee of Fox Rothschild LLP

29562470_1

DECLARATION OF LEE B. SZOR IN SUPPORT OF NOTICE OF REMOVAL    Case No.: _____