NOTICE SENT TO:

Kesluk, Silverstein & Jacob, P.C.
9255 Sunset Boulevard, Sutie 411
Los Angeles            CA  90069-3309

FILED
Superior Court of California
County of Los Angeles
FILE STAMP

MAR 24 2015

Sherri R. Carter, Executive Officer/Clerk
By _M. Rodriguez_ Deputy
Maria Rodriguez

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| GILBERT GUZMAN<br><br>Plaintiff(s),<br>VS.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP<br>Defendant(s). | CASE NUMBER<br><br>BC574495<br><br>**ORDER TO SHOW CAUSE HEARING** |

To the party/attorney of record: __Douglas N. Silverstein__

You are ordered to appear for an Order to Show Cause Hearing on __May 11, 2015__ at __8:30 am__ in __Dept. 72__ of this court, Central District, 111 North Hill Street, Los Angeles, California 90012, and show cause why sanctions should not be imposed for:

**Failure to file Proof of Service of [ ] Petition [X] Summons and [X] Complaint [ ] Cross-Complaint pursuant to California Rules of Court, rule 3.110(b) and (c) as to:** __as to Space Exploration Technologies Corp. and DOES 1 through 60__

Failure to comply or appear may result in sanctions, pursuant to one or more of the following: California Rules of Court, rule 2.30, and rule 3.1340; Code of Civil Procedure sections 177.5, 575.2, 583.150, 583.310, 583.360, 583.410, 583.420, 583.430; and Government Code section 68608.

[X] To avoid a mandatory appearance all required documents must be filed in [ ] this Dept [X] Clerk's Office, Room __102__ at least 5 court days prior to the date of the hearing.

[ ] The Court may infer from your failure to appear that possession of the premises is no longer at issue, and that your case is not entitled to preference in setting pursuant to Code of Civil Procedure section 1179a.

[ ] You are ordered to give notice of said hearing forthwith to any party served with summons and complaint prior to OSC Hearing and file a Proof of Service in this department or Clerk's Office at least 5 court days prior to the date of the hearing.

Dated: __March 24, 2015__

Judicial Officer
**RUTH A. KWAN**

### CERTIFICATE OF MAILING

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Order to Show Cause Hearing upon each party or counsel named above by depositing in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown above with the postage thereon fully prepaid.

Date: __March 24, 2015__

Sherri R. Carter, EXECUTIVE OFFICER/CLERK

By ___M. Rodriguez___, Deputy Clerk

ORDER TO SHOW CAUSE HEARING

LACIV 166-1 (Rev. 09/08)              LASC Local Rules, Chapter 7
LASC Approved 06-04                    Cal. Rules of Court, rule 2.30