Douglas N. Silverstein, Esq. (SBN 181957)
Michael G. Jacob, Esq. (SBN 229939)
KESLUK, SILVERSTEIN & JACOB, P.C.
9255 Sunset Boulevard, Suite 411
Los Angeles, California 90069-3309
Telephone: (310) 273-3180
Facsimile: (310) 273-6137
dsilverstein@californialaborlawattorney.com
mjacob@californialaborlawattorney.com

Attorneys for Plaintiff GILBERT GUZMAN

**FILED**
Superior Court of California
County of Los Angeles

**MAR 27 2015**

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
Glorietta Robinson

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES – CENTRAL DISTRICT

| | |
|---|---|
| GILBERT GUZMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP., a Delaware Corporation; and DOES 1 through 60, inclusive,<br><br>Defendants. | CASE NO. BC 574495<br><br>*[Assigned to Department 72 - Honorable Ruth Ann Kwan, Judge, for all Purposes]*<br><br>PROOF OF SERVICE OF NOTICE OF CASE MANAGEMENT CONFERENCE<br><br>Complaint filed: March 9, 2015<br>Trial Date: Not Set |

Kesluk, Silverstein & Jacob, P.C.
9255 Sunset Blvd., Ste. 411
Los Angeles, CA 90069
Tel: (310) 273-3180
Fax: (310) 273-6137

1

PROOF OF SERVICE

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction this service was made. My business address is 9255 Sunset Boulevard, Suite 411, Los Angeles, California 90069.

On March 26, 2015, I served the following documents on all interested parties in this action as follows: **NOTICE OF CASE MANAGEMENT CONFERENCE**

/ X /   (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

/ /   (BY PERSONAL SERVICE) I caused to be delivered by an authorized courier or driver of EXPRESS NETWORK the documents listed above to be received and delivered on the same date by the person(s) listed below.

/ /   (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for collection and processing correspondence by overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

/ /   (BY ELECTRONIC SERVICE) Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed below.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. Executed on March 26, 2015, at Los Angeles, California.

_Michael Bew_
Michael Bew

**GILBERT GUZMAN vs. SPACE EXPLORATION TECHNOLOGIES CORP., et al.,**
**CASE NO. BC574495**

<u>SERVICE LIST</u>

Christopher Cardaci, Senior Counsel
SpaceX
1030 15th Street NW Suite 220E
Washington, D.C. 20005
Telephone: 202-649-2716
*[Attorneys for Defendant SPACE EXPLORATION TECHNOLOGIES CORP.]*

2
PROOF OF SERVICE