# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| DATE: 04/07/15 | | DEPT. 72 |
| HONORABLE RUTH ANN KWAN   JUDGE | S. BARRERA | DEPUTY CLERK |
| HONORABLE #15   JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| NONE   Deputy Sheriff | NONE | Reporter |

2:10 pm  BC574495

GILBERT GUZMAN
VS
SPACE EXPLORATION TECHNOLOGIES CORP

Plaintiff Counsel         NO APPEARANCES
Defendant Counsel

**NATURE OF PROCEEDINGS:**

COURT ORDER RE: PROOF OF SERVICE;

Pursuant to the proof of service filed on 4/2/2015, the Court orders the Order to Show Cause scheduled for May 11, 2015 is advanced this date and is vacated.

Notice is deemed waived.

Page   1 of   1   DEPT. 72

MINUTES ENTERED
04/07/15
COUNTY CLERK