**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:
111 North Hill Street
Los Angeles, CA 90012

PLAINTIFF: Gilbert Guzman

DEFENDANT:

Reserved for Clerk's File Stamp
**FILED**
Superior Court of California
County of Los Angeles

MAY 2 0 2015

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
Victor Sino-Cruz

**CIVIL DEPOSIT**

CASE NUMBER:
BC 574495

Clerk: Prepare a form for each deposition paying separately.

PLEASE REPORT TO THE CLERK'S OFFICE/CASHIER:
☐ Room 102, Central Civil    ☐ Clerk's Office, Room _____    [x] Department Number 72

| ✓ | Distribution Codes | Amt. Due | ✓ | Distribution Codes | Amt. Due |
|---|---|---|---|---|---|
|   | 251 DAILY JURY FEES<br>Dates: _____<br># of day(s) ___ X $ ___ |   |   | 74 DEPOSIT IN TRUST |   |
| x | 72 JURY FEES<br>Trial Date: not set<br>(Initial Deposit) $ 150.00 |   |   | 101 FIRST PAPERS<br>(General Jurisdiction) |   |
|   | REPORTER'S FEES<br>Dates: _____<br># of 1/2 day(s) ___ X $ ___<br>253 Half day<br>252 Full Day |   |   | 101 FIRST PAPERS<br>Limited over $10,000<br>141 With declaration Limited to $10,000<br>(Per B&P 6322.1(a))<br>130 Limited to $10,000 |   |
|   | 721 SANCTIONS ORDERED ON<br>Date: |   |   | 211 RECLASSIFICATION FEE |   |
|   | 213 MOTION/APPLICATION TO CONTINUE HEARING |   |   | 150 COMPLEX LITIGATION TRIAL/Plaintiff |   |
|   | 200 MOTION/APPLICATION TO CONTINUE TRIAL |   |   | 151 COMPLEX LITIGATION/Defendant |   |
|   | Other: |   |   |   |   |

To be paid via    ☐ Cash    [x] Check    ☐ Certified Check/Money Order    ☐ Credit Card
☐ On or before: _____    [x] Forthwith

Payment will be made by    [x] Plaintiff  Gilbert Guzman    ☐ Defendant _____

JOHN A. CLARKE, Executive Officer/Clerk

DATED: May 20, 2015                BY: _____
                                       Deputy Clerk

---

**TO BE COMPLETED BY DEPOSITOR**

Depositor's Name  Kesluk, Silverstein & Jacob, P.C.

☐ Plaintiff in Pro Per    ☐ Defendant in Pro Per

[x] Counsel for    [x] Plaintiff  Gilbert Guzman
                              Name of Party

☐ Defendant _____
              Name of Party

Address of depositor
9255 Sunset Boulevard, Suite 411
Street
Los Angeles, CA 90069
City/State/Zip

**CASHIER'S VALIDATION**

RECEIPT #: CCH420411044
DATE PAID: 05/20/15 03:47 PM
PAYMENT RECEIVED: $150.00
CHECK: $150.00
CASH: $0.00
CHANGE: $0.00
CARD: $0.00

CIT/CASE: BC574495
LEA/DEF#: 310

LACIV 083 (Rev. 01/07)
LASC Approved 03-04

**CIVIL DEPOSIT**
Distribution: Original – Case File Copy – Customer

LA-083