

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| ALEXANDER HERNAEZ (SBN 201441), LEE SZOR (SBN 276381)<br>FOX ROTHSCHILD LLP<br>345 California Street, Suite 2200, San Francisco, CA 94104<br>TELEPHONE NO.: (415) 364-5540　FAX NO. (Optional): (415) 391-4436<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Defendant SpaceX | FILED<br>Superior Court of California<br>County of Los Angeles<br><br>MAY 2 0 2015<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By_____, Deputy<br>Glorietta Robinson |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Central District, Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: Gilbert Guzman
DEFENDANT/RESPONDENT: SpaceX

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| (Check one):　[✓] UNLIMITED CASE　　　[ ] LIMITED CASE<br>　　　　　　　(Amount demanded　　　(Amount demanded is $25,000<br>　　　　　　　exceeds $25,000)　　　　or less) | BC574495 |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:
Date: June 9, 2015　　Time: 8:30 a.m.　　Dept.: 72　　Div.:　　Room:
Address of court (if different from the address above):

[✓] Notice of Intent to Appear by Telephone, by (name): Lee Szor

INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.

1. **Party or parties** (answer one):
   a. [✓] This statement is submitted by party (name): Defendant SpaceX
   b. [ ] This statement is submitted jointly by parties (names):

2. **Complaint and cross-complaint** (to be answered by plaintiffs and cross-complainants only)
   a. The complaint was filed on (date): March 9, 2015
   b. [ ] The cross-complaint, if any, was filed on (date):

3. **Service** (to be answered by plaintiffs and cross-complainants only)
   a. [✓] All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. [ ] The following parties named in the complaint or cross-complaint
      (1) [ ] have not been served (specify names and explain why not):
      (2) [ ] have been served but have not appeared and have not been dismissed (specify names):
      (3) [ ] have had a default entered against them (specify names):
   c. [ ] The following additional parties may be added (specify names, nature of involvement in case, and date by which they may be served):

4. **Description of case**
   a. Type of case in [✓] complaint　[ ] cross-complaint　(Describe, including causes of action):
   Plaintiff alleges his termination was the product of disability discrimination and in retaliation for his alleged disability. He also alleges SpaceX did not engage in the interactive process or accommodate his alleged injury.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-110 [Rev. July 1, 2011] | CASE MANAGEMENT STATEMENT | Cal. Rules of Court,<br>rules 3.720–3.730<br>www.courts.ca.gov |
|---|---|---|

CM-110

| PLAINTIFF/PETITIONER: Gilbert Guzman | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: SpaceX | BC574495 |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*
   Plaintiff claims his termination was discriminatory and retaliatory on the basis of his alleged disability.

   ☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
   The party or parties request  ☐ a jury trial  ☑ a nonjury trial.  *(If more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
   a. ☐ The trial has been set for *(date):*
   b. ☑ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*
      This is the first CMC in this case. Defendant kindly requests that trial be scheduled at a further CMC.
   c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*
      See attachment 6c.

7. **Estimated length of trial**
   The party or parties estimate that the trial will take *(check one):*
   a. ☑ days *(specify number):* 4-6.
   b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
   The party or parties will be represented at trial  ☑ by the attorney or party listed in the caption  ☐ by the following:
   a. Attorney:
   b. Firm:
   c. Address:
   d. Telephone number:
   e. E-mail address:
   f. Fax number:
   g. Party represented:
   ☐ Additional representation is described in Attachment 8.

9. **Preference**
   ☐ This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**
    a. **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.
       (1) For parties represented by counsel: Counsel ☑ has  ☐ has not  provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
       (2) For self-represented parties: Party ☐ has  ☐ has not  reviewed the ADR information package identified in rule 3.221.
    b. **Referral to judicial arbitration or civil action mediation** *(if available).*
       (1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
       (2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
       (3) ☑ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*
       Amount in controversy exceeds limit.

CM-110 [Rev. July 1, 2011]                   **CASE MANAGEMENT STATEMENT**                   Page 2 of 5

CM-110

| PLAINTIFF/PETITIONER: Gilbert Guzman | CASE NUMBER: |
| DEFENDANT/RESPONDENT: SpaceX | BC574495 |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | ✓ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date)*:<br>☐ Agreed to complete mediation by *(date)*:<br>☐ Mediation completed on *(date)*: |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date)*:<br>☐ Agreed to complete settlement conference by *(date)*:<br>☐ Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date)*:<br>☐ Agreed to complete neutral evaluation by *(date)*:<br>☐ Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date)*:<br>☐ Agreed to complete judicial arbitration by *(date)*:<br>☐ Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date)*:<br>☐ Agreed to complete private arbitration by *(date)*:<br>☐ Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date)*:<br>☐ Agreed to complete ADR session by *(date)*:<br>☐ ADR completed on *(date)*: |

CM-110 [Rev. July 1, 2011]  **CASE MANAGEMENT STATEMENT**  Page 3 of 5

| | CM-110 |
|---|---|
| PLAINTIFF/PETITIONER: Gilbert Guzman | CASE NUMBER: |
| DEFENDANT/RESPONDENT: SpaceX | BC574495 |

### 11. Insurance
a. ☐ Insurance carrier, if any, for party filing this statement *(name)*:
b. Reservation of rights: ☐ Yes ☐ No
c. ☐ Coverage issues will significantly affect resolution of this case *(explain)*:

### 12. Jurisdiction
Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
☐ Bankruptcy ☐ Other *(specify)*:
Status:

### 13. Related cases, consolidation, and coordination
a. ☐ There are companion, underlying, or related cases.
   (1) Name of case:
   (2) Name of court:
   (3) Case number:
   (4) Status:
   ☐ Additional cases are described in Attachment 13a.
b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party)*:

### 14. Bifurcation
☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons)*:

### 15. Other motions
☑ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues)*:
Defendant anticipates filing a motion for summary judgment.

### 16. Discovery
a. ☐ The party or parties have completed all discovery.
b. ☑ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

| Party | Description | Date |
|---|---|---|
| Defendant SpaceX | Depositions | Per CCP |
| Defendant SpaceX | Written Discovery | Per CCP |
| Defendant SpaceX | Third-party Discovery | Per CCP |
| Defendant SpaceX | Expert Discovery | Per CCP |

c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify)*:

CM-110

| PLAINTIFF/PETITIONER: | Gilbert Guzman | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | SpaceX | BC574495 |

17. **Economic litigation**
   a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.
   b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

18. **Other issues**
   ☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

19. **Meet and confer**
   a. ☑ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

   b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* 2

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: May 20, 2015

Lee B. Szor for Defendant SpaceX
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

CM-110 [Rev. July 1, 2011]      **CASE MANAGEMENT STATEMENT**      Page 5 of 5

**Attachment 6c**

Defendant's counsel is committed to the following trial dates in other matters:

July 27-31, 2015
September 1-4, 2015
September 28 – October 2, 2015
October 16-23, 2-15
November 17-20, 2015
December 7-11, 2015
January 4-13, 2016
January 15-29, 2016
February 5-16, 2016
February 22 – March 4, 2016
March 8-11, 2016
March 21-25, 2016
April 4-8, 2016,
May 16-27, 2016
June 20-24, 2016
February 6-10, 2017

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action; my business address is: 345 California Street, Suite 2200, San Francisco, CA 94104.

On the date indicated below, I served the foregoing document(s):

## CASE MANAGEMENT STATEMENT

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

Douglas N. Silverstein, Esq.  *Attorneys for Plaintiff*
Michael G. Jacob, Esq.
Kesluk, Silverstein & Jacob, P.C.
9255 Sunset Boulevard, Ste. 411
Los Angeles, CA 90069
T: 310.273.3180
F: 310.273.6137

☑ **BY FIRST-CLASS MAIL:** I caused said document(s) to be deposited in a facility regularly maintained by the United States Postal Service on the same day, in a sealed envelope, with postage paid, addressed to the above listed person(s) on whom it is being served for collection and mailing on that date following ordinary business practices.

☑ **[STATE]** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 20, 2015, at San Francisco, California.

_____
An Employee of Fox Rothschild LLP

ACTIVE 29562470_1
CASE MANAGEMENT STATEMENT                              Case No. BC560127