Douglas N. Silverstein, Esq. (SBN 181957)
Michael G. Jacob, Esq. (SBN 229939)
KESLUK, SILVERSTEIN & JACOB, P.C.
9255 Sunset Boulevard, Suite 411
Los Angeles, California 90069-3309
Telephone: (310) 273-3180
Facsimile: (310) 273-6137
dsilverstein@californialaborlawattorney.com
mjacob@californialaborlawattorney.com

Attorneys for Plaintiff GILBERT GUZMAN

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES – CENTRAL DISTRICT

| | |
|---|---|
| GILBERT GUZMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP., a Delaware Corporation; and DOES 1 through 60, inclusive,<br><br>Defendants. | CASE NO. BC 574495<br><br>*[Assigned to Department 72 - Honorable Ruth Ann Kwan, Judge, for all Purposes]*<br><br>**PLAINTIFF GILBERT GUZMAN'S NOTICE OF POSTING JURY FEES**<br><br>CMC Date: June 9, 2015<br><br>Complaint filed: March 9, 2015<br>Trial Date: Not Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN** that Plaintiff GILBERT GUZMAN hereby posts jury fees.

DATED: May 20, 2015             KESLUK, SILVERSTEIN & JACOB, P.C.

By _____
Douglas N. Silverstein, Esq.
Michael G. Jacob, Esq.
Attorneys for Plaintiff GILBERT GUZMAN

1

NOTICE OF POSTING JURY FEES

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction this service was made. My business address is 9255 Sunset Boulevard, Suite 411, Los Angeles, California 90069.

On May 20, 2015, I served the following documents on all interested parties in this action as follows: **PLAINTIFF GILBERT GUZMAN'S NOTICE OF POSTING JURY FEES**

/ X /  (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

/ /  (BY PERSONAL SERVICE) I caused to be delivered by an authorized courier or driver of EXPRESS NETWORK the documents listed above to be received and delivered on the same date by the person(s) listed below.

/ /  (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for collection and processing correspondence by overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

/ /  (BY ELECTRONIC SERVICE) Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed below.

/ /  (BY FACSIMILE) This document was transmitted by using a facsimile machine that complies with the California Rules of Court rule 2003(3), telephone number (310) 273-6137. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is on file at the firm. The names and facsimile numbers of the person(s) served are as set forth below.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. Executed on May 20, 2015, at Los Angeles, California.

_Michael Bew_
Michael Bew

PROOF OF SERVICE

| | |
|---|---|
| 1 | GILBERT GUZMAN vs. SPACE EXPLORATION TECHNOLOGIES CORP., et al., CASE NO. BC574495 |
| 2 | |
| 3 | SERVICE LIST |
| 4 | |
| 5 | Alexander Hernaez |
| 6 | Lee Szor |
|   | FOX ROTHSCHILD LLP |
| 7 | 345 California Street, Suite 2200 |
|   | San Francisco, CA 94104 |
| 8 | Telephone: 415-364-5540 |
|   | Facsimile: 415-391-4436 |
| 9 | ahernaez@foxrothschild.com |
|   | lszor@foxrothschild.com |
| 10 | [Attorneys for Defendant SPACEX] |

2

PROOF OF SERVICE