# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| DATE: 06/09/15 | | | DEPT. 72 |
|---|---|---|---|
| HONORABLE RUTH ANN KWAN | JUDGE | S. BARRERA | DEPUTY CLERK |
| HONORABLE #1 | JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| M. RODRIGUEZ, C.A. Deputy Sheriff | | none | Reporter |

| 8:30 am | BC574495 | Plaintiff Counsel | COURTCALL APPEARANCE: MICHAEL G. JACOB (X) |
|---|---|---|---|
| | GILBERT GUZMAN | Defendant Counsel | COURTCALL APPEARANCE: LEE SZOR (X) |
| | VS | | |
| | SPACE EXPLORATION TECHNOLOGIES CORP | | |

**NATURE OF PROCEEDINGS:**

CASE MANAGEMENT CONFERENCE

The matter is held in chambers.

The Final Status Conference is set for April 15, 2016 at 9:00 a.m. in Department 72.

The Trial is set for April 25, 2016 at 9:00 a.m. in Department 72.

Notice is waived.

MINUTES ENTERED
06/09/15
COUNTY CLERK