Alexander Hernaez (SBN: 201441)
ahernaez@foxrothschild.com
Lee Szor (SBN: 276381)
lszor@foxrothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone:  415.364.5540
Facsimile:   415.391.4436

Attorneys for Defendant SPACEX

# UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT GUZMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP., a Delaware corporation; and DOES 1 through 60, inclusive,<br><br>　　　　　Defendants. | Case No.: _____<br><br>**NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |

29562470_1

## NOTICE OF INTERESTED PARTIES

The undersigned, counsel of record for Defendant SpaceX, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Gilbert Guzman – Plaintiff

SpaceX – Defendant

Dated: August 7, 2015            FOX ROTHSCHILD LLP

By: /s/ Lee Szor
Lee Szor
Attorneys for Defendant SPACEX

NOTICE OF INTERESTED PARTIES
PURSUANT TO LOCAL RULE 7.1-1

Case No.: _____

1

|    |    |
|----|----|
| 1  | **PROOF OF SERVICE** |
| 2  | I am employed in the County of San Francisco, State of California.  I am over the age of 18 years and not a party to this action; my business address is:  345 California Street, Suite 2200, San Francisco, CA 94104. |
| 3  | |
| 4  | On August 7, 2015, I served the foregoing documents: |
| 5  | **NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |
| 6  | on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelope(s) addressed as follows: |
| 7  | |
| 8  | Douglas N. Silverstein, Esq.               *Attorneys for Plaintiff*<br>Michael G. Jacob, Esq.<br>Kesluk, Silverstein & Jacob, P.C.<br>9255 Sunset Boulevard, Ste. 411<br>Los Angeles, CA  90069<br>T: 310.273.3180<br>F: 310.273.6137 |
| 9  | |
| 10 | |
| 11 | |
| 12 | ☑  **BY FIRST-CLASS MAIL:**  I caused said document(s) to be deposited in a facility regularly maintained by the United States Postal Service on the same day, in a sealed envelope, with postage paid, addressed to the above listed person(s) on whom it is being served for collection and mailing on that date following ordinary business practices. |
| 13 | |
| 14 | ☑  **[STATE]**  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| 15 | |
| 16 | Executed August 7, 2015, at San Francisco, California. |
| 17 | /s/ Karen R. Beaton<br>An Employee of Fox Rothschild LLP |