# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT GUZMAN<br><br>PLAINTIFF(S)<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:15–cv–06000–R–RAO<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____        ____        ____

Date Filed        Doc. No.        Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Attachments #21 Supplement Notice of Interested Parties and Attachment # 22 Civil Cover Sheet Civil Cover Sheet should not have been attached to Docket Entry No. 1 Each document should have been filed separately. You are not required to take any action to correct this deficiency unless the Court so directs

Clerk, U.S. District Court

Dated: August 7, 2015              By: /s/ *Estrella Tamayo*
                                                          Deputy Clerk