1  Alexander Hernaez (SBN: 201441)
   ahernaez@foxrothschild.com
2  Lee Szor (SBN: 276381)
   lszor@foxrothschild.com
3  FOX ROTHSCHILD LLP
   345 California Street, Suite 2200
4  San Francisco, CA 94104
   Telephone:   415.364.5540
5  Facsimile:   415.391.4436

6  Attorneys for Defendant SPACEX

7

8
                    UNITED STATED DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11

12 | GILBERT GUZMAN,                          Case No.: 15-6000

13 |        Plaintiff,

14 |   v.                                     DEFENDANT'S NOTICE TO PLAINTIFF
                                              OF REMOVAL OF ACTION TO
15 | SPACE EXPLORATION                        FEDERAL COURT
   | TECHNOLOGIES CORP., a Delaware
16 | corporation; and DOES 1 through 60,
   | inclusive,                               Complaint Filed:   March 9, 2015
17 |        Defendants.

18

19

20

21

22

23

24

25

26

27

28

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 7, 2015, Defendant SpaceX filed in the United States District Court for the Central District of California a Notice of Removal of this action. A true and accurate copy of Defendant's Notice to Plaintiff and State Court of Removal of Action to Federal Court is attached hereto as **Exhibit A**. A true and accurate copy of Defendant's Notice of Removal is attached hereto as **Exhibit B**. A true and accurate copy of the Declaration of Lee B. Szor in Support of Defendant's Notice of Removal is attached hereto as **Exhibit C**. A true and accurate copy of Defendant's Notice of Interested Parties Pursuant to Local Rule 7.1-1 is attached hereto as **Exhibit D**. A true and accurate copy of the Civil Cover Sheet is attached hereto as **Exhibit E**.

Dated: August 10, 2015　　　　　　　　　FOX ROTHSCHILD LLP

　　　　　　　　　　　　　　　By:　/s/ Lee Szor
　　　　　　　　　　　　　　　　　　Alexander Hernaez
　　　　　　　　　　　　　　　　　　Lee Szor
　　　　　　　　　　　　　　　　　　Attorneys for Defendant SPACE