# EXHIBIT A

```
 1  Alexander Hernaez (SBN: 201441)
    ahernaez@foxrothschild.com
 2  Lee Szor (SBN: 276381)
    lszor@foxrothschild.com
 3  FOX ROTHSCHILD LLP
    345 California Street, Suite 2200
 4  San Francisco, CA 94104
    Telephone:  415.364.5540
 5  Facsimile:  415.391.4436

 6  Attorneys for Defendant SPACEX
```

CONFORMED COPY
ORIGINAL FILED
Superior Court of California

AUG 0 7 2015

Sherri R. Carter, Executive Officer/Clerk
By: Glorietta Robinson, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| GILBERT GUZMAN,<br><br>             Plaintiff,<br><br>      v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.; a Delaware corporation; and DOES 1 through 60, inclusive,<br><br>             Defendants. | Case No.: BC574495<br><br>Hon. Ruth Ann Kwan, Dept. 72<br><br>**DEFENDANT'S NOTICE TO PLAINTIFF AND STATE COURT OF REMOVAL OF ACTION TO FEDERAL COURT**<br><br>Complaint Filed:  March 9, 2015 |

**DEFENDANT'S NOTICE TO PLAINTIFF AND STATE COURT OF REMOVAL OF ACTION TO FEDERAL COURT:**

PLEASE TAKE NOTICE that on August 7, 2015, Defendant SpaceX filed in the United States District Court for the Central District of California a Notice of Removal of this action. A true and correct copy of Defendant's Notice of Removal is attached hereto as **Exhibit A**. A true and correct copy of the Declaration of Lee B. Szor in Support of Defendant's Notice of Removal is attached hereto as **Exhibit B**.

Dated: August 7, 2015

FOX ROTHSCHILD LLP

By: _____
Lee Szor
Attorneys for Defendant SPACEX

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action; my business address is: 345 California Street, Suite 2200, San Francisco, CA 94104.

On August 7, 2015, I served the foregoing documents:

**DEFENDANT'S NOTICE TO PLAINTIFF AND STATE COURT OF REMOVAL OF ACTION TO FEDERAL COURT**

**NOTICE OF REMOVAL; NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1**

**DECLARATION OF LEE B. SZOR IN SUPPORT OF NOTICE OF REMOVAL**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

Douglas N. Silverstein, Esq.          *Attorneys for Plaintiff*
Michael G. Jacob, Esq.
Kesluk, Silverstein & Jacob, P.C.
9255 Sunset Boulevard, Ste. 411
Los Angeles, CA 90069
T: 310.273.3180
F: 310.273.6137

☑ **BY FIRST-CLASS MAIL:** I caused said document(s) to be deposited in a facility regularly maintained by the United States Postal Service on the same day, in a sealed envelope, with postage paid, addressed to the above listed person(s) on whom it is being served for collection and mailing on that date following ordinary business practices.

☑ **[STATE]** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 7, 2015, at San Francisco, California.

_Karen R. Beaton_
An Employee of Fox Rothschild LLP

---

29562470_1

DEFENDANT'S NOTICE TO PLAINTIFF AND STATE COURT OF REMOVAL OF ACTION TO FEDERAL COURT                    Case No.: BC574495