# EXHIBIT D

1  Alexander Hernaez (SBN: 201441)
   ahernaez@foxrothschild.com
2  Lee Szor (SBN: 276381)
   lszor@foxrothschild.com
3  FOX ROTHSCHILD LLP
   345 California Street, Suite 2200
4  San Francisco, CA 94104
   Telephone:   415.364.5540
5  Facsimile:   415.391.4436

6  Attorneys for Defendant SPACEX

7

8
                    UNITED STATED DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11

12  GILBERT GUZMAN,                    Case No.: _____

13              Plaintiff,
                                       NOTICE OF INTERESTED PARTIES
14       v.                            PURSUANT TO LOCAL RULE 7.1-1

15  SPACE EXPLORATION
    TECHNOLOGIES CORP., a Delaware
16  corporation; and DOES 1 through 60,
    inclusive,
17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

29562470_1
NOTICE OF INTERESTED PARTIES                                    Case No.: _____
PURSUANT TO LOCAL RULE 7.1-1

<u>NOTICE OF INTERESTED PARTIES</u>

The undersigned, counsel of record for Defendant SpaceX, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Gilbert Guzman – Plaintiff

SpaceX – Defendant

Dated: August 7, 2015                    FOX ROTHSCHILD LLP

                                         By: /s/ Lee Szor
                                             Lee Szor
                                             Attorneys for Defendant SPACEX

NOTICE OF INTERESTED PARTIES
PURSUANT TO LOCAL RULE 7.1-1                              Case No.: _____

1

|   |   |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action; my business address is: 345 California Street, Suite 2200, San Francisco, CA 94104. |
| 4 | On August 7, 2015, I served the foregoing documents: |
| 5 | **NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |
| 6–7 | on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelope(s) addressed as follows: |
| 8–11 | Douglas N. Silverstein, Esq.    *Attorneys for Plaintiff*<br>Michael G. Jacob, Esq.<br>Kesluk, Silverstein & Jacob, P.C.<br>9255 Sunset Boulevard, Ste. 411<br>Los Angeles, CA 90069<br>T: 310.273.3180<br>F: 310.273.6137 |
| 12–13 | ☑ **BY FIRST-CLASS MAIL:** I caused said document(s) to be deposited in a facility regularly maintained by the United States Postal Service on the same day, in a sealed envelope, with postage paid, addressed to the above listed person(s) on whom it is being served for collection and mailing on that date following ordinary business practices. |
| 14–15 | ☑ **[STATE]** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| 16 | Executed August 7, 2015, at San Francisco, California. |
| 17 | /s/ Karen R. Beaton<br>An Employee of Fox Rothschild LLP |

2

NOTICE OF INTERESTED PARTIES
PURSUANT TO LOCAL RULE 7.1-1                     Case No.: _____