Douglas N. Silverstein, Esq. (SBN 181957)
Michael G. Jacob, Esq. (SBN 229939)
KESLUK, SILVERSTEIN & JACOB, P.C.
9255 Sunset Boulevard, Suite 411
Los Angeles, California 90069-3309
Telephone: (310) 273-3180
Facsimile: (310) 273-6137
dsilverstein@californialaborlawattorney.com
mjacob@californialaborlawattorney.com

Attorneys for Plaintiff GILBERT GUZMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT GUZMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP., a Delaware Corporation; and DOES 1 through 60, inclusive,<br><br>Defendants. | **CASE NO. 2:15-cv-06000-R-RAO**<br><br>*[Assigned to Courtroom 8 - Honorable Manuel L. Real, Rozella A. Oliver, Magistrate]*<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint filed: March 9, 2015<br>Removal: August 10, 2015<br>Trial Date: Not Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the provisions of Federal Rules of Civil Procedure, Rules 38 and 81(c)2, Plaintiff GILBERT GUZMAN hereby demands trial by jury in the within action.

DATED: August 13, 2015          KESLUK, SILVERSTEIN & JACOB, P.C.

                                By _____
                                   Douglas N. Silverstein, Esq.
                                   Michael G. Jacob, Esq.
                                   Attorneys for Plaintiff GILBERT GUZMAN

Kesluk, Silverstein & Jacob, P.C.
9255 Sunset Blvd., Ste. 411
Los Angeles, CA 90069
Tel: (310) 273-3180
Fax: (310) 273-6137

1
DEMAND FOR JURY TRIAL

## CERTIFICATE OF SERVICE

I hereby certify this 20th day of August, 2015 the foregoing **DEMAND FOR JURY TRIAL** was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Alexander Hernaez, Esq.
Lee Szor, Esq.
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
415-364-5540 | Main
415-391-4436 | Fax
ahernaez@foxrothschild.com
lszor@foxrothschild.com

*[Attorneys for Defendants SPACEX]*

/s/ Michael Bew