NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Douglas N. Silverstein, Esq. (SBN 181957)
Michael G. Jacob, Esq. (SBN 229939)
KESLUK, SILVERSTEIN & JACOB, P.C.
9255 Sunset Boulevard, Suite 411
Los Angeles, CA 90069
Ph. (310) 273-3180   Fax (310) 273-6137
dsilverstein@californialaborlawattorney.com
mjacob@californialaborlawattorney.com

ATTORNEY(S) FOR: GILBERT GUZMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GILBERT GUZMAN, an individual,

Plaintiff(s),

v.

SPACE EXPLORATION TECHNOLOGIES CORP., ET AL.

Defendant(s).

CASE NUMBER: 2:15-cv-06000-R-RAO

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ GILBERT GUZMAN _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| GILBERT GUZMAN | Plaintiff |
| SPACE EXPLORATION TECHNOLOGIES CORP. | Defendant |

August 13, 2015
Date

*[Signature]*
Signature

Attorney of record for (or name of party appearing in pro per):

Michael G. Jacob, Esq.

## **CERTIFICATE OF SERVICE**

      I hereby certify this 20th day of August, 2015 the foregoing **NOTICE OF INTERESTED PARTIES** was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Alexander Hernaez, Esq.
Lee Szor, Esq.
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
415-364-5540 | Main
415-391-4436 | Fax
ahernaez@foxrothschild.com
lszor@foxrothschild.com

*[Attorneys for Defendants SPACEX]*

                                                  /s/ Michael Bew