UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No:   2:15-cv-06000-R-RAO          Date:   10/23/2015

Title:   GILBERT GUZMAN V SPACE EXPLORATION TECHNOLOGIES CORP. ET AL

PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

  Christine Chung                              None Present
  Courtroom Deputy                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

        None                                     None

PROCEEDINGS:    ORDER (IN CHAMBERS) SETTING PRE-TRIAL & TRIAL DATES

COUNSEL ARE NOTIFIED that this action is hereby placed on calendar for FINAL PRE-TRIAL CONFERENCE on April 18, 2016 at 11:00 AM.

Memoranda of Contentions of Fact and Law, Exhibit Lists and Witness Lists shall be filed and served on or before March 28, 2016, which date will also serve as the discovery cut-off date in this action. There is no Motion Cut-Off Date set.

PRE-TRIAL CONFERENCE ORDER shall be lodged with this Court on or before April 11, 2016.

Jury Trial is set as May 17, 2016 at 09:00 AM.

IT IS SO ORDERED.

cc: counsel of record