Douglas N. Silverstein (SBN: 181957)
dsilverstein@californialaborlawattorney.com
Michael G. Jacob (SBN: 229939)
mjacob@californialaborlawattorney.com
KESLUK, SILVERSTEIN & JACOB, P.C.
9255 Sunset Boulevard, Suite 411
Los Angeles, CA  90069
Telephone: 310.273.3180
Facsimile: 310.273.6137

Attorneys for Plaintiff GILBERT GUZMAN

Alexander Hernaez (SBN: 201441)
ahernaez@foxrothschild.com
Lee Szor (SBN:  276381)
lszor@foxrothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: 415.364.5540
Facsimile: 415.391.4436

Attorneys for Defendant SPACEX

# UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT GUZMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP., a Delaware corporation; and DOES 1 through 60, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-06000-R-RAO<br><br>**STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff Gilbert Guzman ("Plaintiff") and Defendant SpaceX ("Defendant") hereby submit this Stipulation for Plaintiff to File First Amended Complaint pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 15(a)(2) Local Rules ("L.R.") 7-1 and 15-1 and respectfully request that the Court enter into the record the First Amended Complaint submitted herewith as Exhibit A.

### STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT

WHEREAS, Plaintiff desires to file a First Amended Complaint, submitted herewith as Exhibit A, that does not include a claim under the FMLA.

WHEREAS, Defendant does not oppose Plaintiff filing the First Amended Complaint submitted herewith as Exhibit A.

NOW, WHEREFORE, in light of the foregoing, the parties hereby stipulate pursuant to Fed. R. Civ. P. 15(a)(2) and L.R. 7-1 and 15-1 to Plaintiff filing the First Amended Complaint submitted herewith as Exhibit A. In the event the First Amended Complaint is not deemed "filed" when submitted with this Stipulation, the parties respectfully request that the Court enter this pleading into the record. Finally, the parties further stipulate that Plaintiff shall not under any circumstance use this Stipulation as a basis for arguing that this action is subject to remand.

Respectfully Submitted,

Dated: November 12, 2015

KESLUK, SILVERSTEIN & JACOB, P.C.

/s/ Michael G. Jacob
Michael G. Jacob
Attorneys for Plaintiff GILBERT GUZMAN

/ / /

| | | |
|---|---|---|
| 1 | Dated: November 12, 2015 | FOX ROTHSCHILD LLP |
| 2 | | |
| 3 | | /s/ Lee B. Szor |
| | | Lee B. Szor |
| 4 | | Attorneys for Defendant SPACEX |

3

STIPULATION FOR PLAINTIFF TO FILE        CASE NO. 2:15-cv-06000-R-RAO
FIRST AMENDED COMPLAINT