1
2
3
4
5
6
7
8

# UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| GILBERT GUZMAN, | Case No.: 2:15-cv-06000-R-RAO |
|---|---|
| Plaintiff, | |
| v. | **[proposed] ORDER GRANTING STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |
| SPACE EXPLORATION TECHNOLOGIES CORP., a Delaware corporation; and DOES 1 through 60, inclusive, | |
| Defendants. | |

## **ORDER**

The Court, having carefully considered the parties' Stipulation for Plaintiff to File First Amended Complaint, hereby ORDERS:

1

1  The Stipulation is GRANTED. The First Amended Complaint [attached to
2  the Stipulation as Exhibit A and/or entered as Docket #_____] is
3  deemed filed as of today's date.
4  Defendant is ORDERED to file a responsive pleading within twenty-one
5  (21) calendar days after the date of this Order.

7  IT IS SO ORDERED.

9  Dated: _____

Manuel L. Real
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ACTIVE 31644075v1

[proposed] ORDER GRANTING STIPULATION               CASE NO. 2:15-cv-06000-R-RAO
TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES