Douglas N. Silverstein (SBN: 181957)
dsilverstein@californialaborlawattorney.com
Michael G. Jacob (SBN: 229939)
mjacob@californialaborlawattorney.com
KESLUK, SILVERSTEIN & JACOB, P.C.
9255 Sunset Boulevard, Suite 411
Los Angeles, CA 90069
Telephone: 310.273.3180
Facsimile: 310.273.6137

Attorneys for Plaintiff GILBERT GUZMAN

Alexander Hernaez (SBN: 201441)
ahernaez@foxrothschild.com
Lee Szor (SBN: 276381)
lszor@foxrothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: 415.364.5540
Facsimile: 415.391.4436

Attorneys for Defendant SPACEX

# UNITED STATED DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT GUZMAN, <br><br> Plaintiff, <br><br> v. <br><br> SPACE EXPLORATION TECHNOLOGIES CORP., a Delaware corporation; and DOES 1 through 60, inclusive, <br><br> Defendants. | Case No.: 2:15-cv-06000-R-RAO <br><br> **STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES** |

Plaintiff Gilbert Guzman ("Plaintiff") and Defendant SpaceX ("Defendant") hereby submit this Stipulation to Continue Trial and Pre-Trial Deadlines pursuant to Local Rules ("L.R.") 16-9 and 40-1 and respectfully request that the Court issue an order granting this Stipulation pursuant to L.R. 40-1.2.

**STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES**

WHEREAS, on October 23, 2015, the Court issued an Order (In Chambers) Setting Pre-Trial & Trial Dates (Doc. 11) that established the following trial date and pre-trial deadlines in this case:

| | |
|---|---|
| Deadline to file and serve Memoranda of Fact and Law, and Exhibit and Witness Lists; Discovery Cut-Off | March 28, 2016 |
| Deadline to lodge Pre-Trial Conference Order | April 11, 2016 |
| Final Pre-Trial Conference | April 18, 2016 |
| Trial | May 17, 2016 |

WHEREAS, Defendant's counsel has a trial scheduled to begin on May 6, 2016 in another matter, captioned, *Jessica Casabella v. Sutter West Bay Hospitals*, Case No. SCV-255230 (Sonoma County Superior Court).

WHEREAS, Plaintiff's counsel has a trial scheduled to begin on May 17, 2016 in another matter, captioned, *Janson, et al. v. Local Waste Management, et al.,* Case No. 8:14-cv-01787-JLS-DFM (United States District Court, Central District of California).

WHEREAS, the parties disclosed these existing trial dates in their Amended Early Meeting Report / Joint Rule 26(f) Report (Doc. 10) filed September 28, 2015.

WHEREAS, the parties agree that they will not be able to adequately prepare for trial in this case if the *Casabella* and *Janson* cases proceed to trial as planned.

WHEREAS, the parties further agree that the earliest available date for trial in this case given their counsel's respective existing trial calendars is September 6, 2016.

WHEREAS, Plaintiff has indicated he intends to bring a motion for remand, which Defendant will oppose, and Defendant agrees not to use this Stipulation as a basis for arguing that this action is not subject to remand.

NOW, WHEREFORE, for the foregoing reasons and for good cause shown, the parties hereby stipulate to the following continued trial date and pre-trial deadlines:

| | |
|---|---|
| Deadline to file and serve Memoranda of Fact and Law, and Exhibit and Witness Lists; Discovery Cut-Off | July 18, 2016 |
| Deadline to lodge Pre-Trial Conference Order | August 1, 2016 |
| Final Pre-Trial Conference | August 8, 2016 |
| Trial | September 6, 2016 |

Alternatively, the parties hereby stipulate to whatever continued trial date and pre-trial deadlines the Court deems convenient.

Finally, to effectuate this stipulation, the parties respectfully request that the Court enter the proposed order submitted herewith.

Respectfully Submitted,

Dated: November 12, 2015            KESLUK, SILVERSTEIN & JACOB, P.C.

/s/ Michael G. Jacob
Michael G. Jacob
Attorneys for Plaintiff GILBERT GUZMAN

Dated: November 12, 2015

FOX ROTHSCHILD LLP

/s/ Lee B. Szor
Lee B. Szor
Attorneys for Defendant SPACEX