1
2
3
4
5
6
7
8

# UNITED STATED DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| GILBERT GUZMAN, | Case No.: 2:15-cv-06000-R-RAO |
|---|---|
| Plaintiff, | |
| v. | **[proposed] ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES** |
| SPACE EXPLORATION TECHNOLOGIES CORP., a Delaware corporation; and DOES 1 through 60, inclusive, | |
| Defendants. | |

## ORDER

The Court, having carefully considered the parties' Stipulation to Continue Trial and Pre-Trial Deadlines pursuant to Local Rules ("L.R.") 16-9 and 40-1, hereby ORDERS:

1

The Stipulation is GRANTED for good cause shown. The Court abandons the trial date and pretrial deadlines set forth in its October 23, 2015 Order (In Chambers) Setting Pre-Trial & Trial Dates (Doc. 11), and instead adopts the following trial date and pretrial deadlines:

| | |
|---|---|
| Deadline to file and serve Memoranda of Fact and Law, and Exhibit and Witness Lists; Discovery Cut-Off | Date: _____ |
| Deadline to lodge Pre-Trial Conference Order | Date: _____ |
| Final Pre-Trial Conference | Date: _____ <br> Time: _____ |
| Trial | Date: _____ <br> Time: _____ |

There is no Motion Cut-Off Date set.

IT IS SO ORDERED.

Dated: _____          /s/_____
                             Manuel L. Real
                             United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ACTIVE 31644075v1

[proposed] ORDER GRANTING STIPULATION         CASE NO. 2:15-cv-06000-R-RAO
TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES