Douglas N. Silverstein, Esq. (SBN 181957)
Michael G. Jacob, Esq. (SBN 229939)
KESLUK, SILVERSTEIN & JACOB, P.C.
9255 Sunset Boulevard, Suite 411
Los Angeles, California 90069-3309
Telephone: (310) 273-3180
Facsimile: (310) 273-6137
dsilverstein@californialaborlawattorney.com
mjacob@californialaborlawattorney.com

Attorneys for Plaintiff GILBERT GUZMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT GUZMAN, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP., a Delaware Corporation; and DOES 1 through 60, inclusive,<br><br>　　　　　　Defendants. | **CASE NO. 2:15-cv-06000-R-RAO**<br><br>*[Assigned to Courtroom 8 - Honorable Manuel L. Real, Rozella A. Oliver, Magistrate]*<br><br>**NOTICE OF ERRATA TO ATTACH EXHIBIT "A" TO STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br>Complaint filed: March 9, 2015<br>Removal: August 10, 2015<br>Trial Date: April 26, 2016 |

　　　Plaintiff GILBERT GUZMAN hereby files this Notice of Errata to attach Exhibit "A" to the Stipulation for Plaintiff to File First Amended Complaint.

　　　Plaintiff inadvertently failed to attach the (proposed) First Amended Complaint as Exhibit "A" to the Stipulation previously filed to confirm with court rules. Plaintiff hereby files the Stipulation with Exhibit "A" attached.

*Kesluk, Silverstein & Jacob, P.C.*
9255 Sunset Blvd., Ste. 411
Los Angeles, CA 90069
Tel: (310) 273-3180
Fax: (310) 273-6137

1
NOTICE OF ERRATA TO ATTACH EXHIBIT A TO STIPULATION

DATED: November 12, 2015

KESLUK, SILVERSTEIN & JACOB, P.C.

By /s/ Michael G. Jacob
Douglas N. Silverstein, Esq.
Michael G. Jacob, Esq.
Attorneys for Plaintiff GILBERT GUZMAN

*Kesluk, Silverstein & Jacob, P.C.*
9255 Sunset Blvd., Ste. 411
Los Angeles, CA 90069
Tel: (310) 273-3180
Fax: (310) 273-6137

2
NOTICE OF ERRATA TO ATTACH EXHIBIT A TO STIPULATION

# CERTIFICATE OF SERVICE

I hereby certify this 12th day of November, 2015 the foregoing **NOTICE OF ERRATA TO ATTACH EXHIBIT "A" TO STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Alexander Hernaez, Esq.
Lee Szor, Esq.
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
415-364-5540 | Main
415-391-4436 | Fax
ahernaez@foxrothschild.com
lszor@foxrothschild.com


[*Attorneys for Defendants SPACEX*]

Kesluk, Silverstein & Jacob, P.C.
9255 Sunset Blvd., Ste. 411
Los Angeles, CA 90069
Tel: (310) 273-3180
Fax: (310) 273-6137

3

NOTICE OF ERRATA TO ATTACH EXHIBIT A TO STIPULATION