```
 1  Douglas N. Silverstein (SBN: 181957)
    dsilverstein@californialaborlawattorney.com
 2  Michael G. Jacob (SBN: 229939)
    mjacob@californialaborlawattorney.com
 3  KESLUK, SILVERSTEIN & JACOB, P.C.
    9255 Sunset Boulevard, Suite 411
 4  Los Angeles, CA  90069
    Telephone: 310.273.3180
 5  Facsimile: 310.273.6137

 6  Attorneys for Plaintiff GILBERT GUZMAN

 7  Alexander Hernaez (SBN: 201441)
    ahernaez@foxrothschild.com
 8  Lee Szor (SBN:  276381)
    lszor@foxrothschild.com
 9  FOX ROTHSCHILD LLP
    345 California Street, Suite 2200
10  San Francisco, CA 94104
    Telephone: 415.364.5540
11  Facsimile: 415.391.4436

12  Attorneys for Defendant SPACEX
```

# UNITED STATED DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| GILBERT GUZMAN, | Case No.: 2:15-cv-06000-R-RAO |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |
| SPACE EXPLORATION TECHNOLOGIES CORP., a Delaware corporation; and DOES 1 through 60, inclusive, | |
| Defendants. | |

Plaintiff Gilbert Guzman ("Plaintiff") and Defendant SpaceX ("Defendant") hereby submit this Stipulation for Plaintiff to File First Amended Complaint pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 15(a)(2) Local Rules ("L.R.") 7-1 and 15-1 and respectfully request that the Court enter into the record the First Amended Complaint submitted herewith as Exhibit A.

## STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT

WHEREAS, Plaintiff desires to file a First Amended Complaint, submitted herewith as Exhibit A, that does not include a claim under the FMLA.

WHEREAS, Defendant does not oppose Plaintiff filing the First Amended Complaint submitted herewith as Exhibit A.

NOW, WHEREFORE, in light of the foregoing, the parties hereby stipulate pursuant to Fed. R. Civ. P. 15(a)(2) and L.R. 7-1 and 15-1 to Plaintiff filing the First Amended Complaint submitted herewith as Exhibit A. In the event the First Amended Complaint is not deemed "filed" when submitted with this Stipulation, the parties respectfully request that the Court enter this pleading into the record. Finally, the parties further stipulate that Plaintiff shall not under any circumstance use this Stipulation as a basis for arguing that this action is subject to remand.

Respectfully Submitted,

Dated:  November 12, 2015

KESLUK, SILVERSTEIN & JACOB, P.C.

/s/ Michael G. Jacob
Michael G. Jacob
Attorneys for Plaintiff GILBERT GUZMAN

/ / /

| | |
|---|---|
| Dated: November 12, 2015 | FOX ROTHSCHILD LLP |
| | /s/ Lee B. Szor |
| | Lee B. Szor |
| | Attorneys for Defendant SPACEX |