NOTE: CHANGES MADE TO THIS DOCUMENT

**UNITED STATED DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILBERT GUZMAN, | Case No.: 2:15-cv-06000-R-RAO |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |
| SPACE EXPLORATION TECHNOLOGIES CORP., a Delaware corporation; and DOES 1 through 60, inclusive, | |
| Defendants. | |

**ORDER**

The Court, having carefully considered the parties' Stipulation for Plaintiff to File First Amended Complaint, hereby ORDERS:

1

1    The Stipulation is GRANTED. The First Amended Complaint shall be

2  filed within twenty-four hours of service of this Order.

3    Defendant is ORDERED to file a responsive pleading within twenty-one

4  (21) calendar days after the date of this Order.

5    IT IS SO ORDERED.

6  Dated:   November 16, 2015

7

8                                                   Manuel L. Real
                                                    United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28