Douglas N. Silverstein, Esq. (SBN 181957)
Michael G. Jacob, Esq. (SBN 229939)
KESLUK, SILVERSTEIN & JACOB, P.C.
9255 Sunset Boulevard, Suite 411
Los Angeles, California 90069-3309
Telephone: (310) 273-3180
Facsimile: (310) 273-6137
dsilverstein@californialaborlawattorney.com
mjacob@californialaborlawattorney.com

Attorneys for Plaintiff GILBERT GUZMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT GUZMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP., a Delaware Corporation; and DOES 1 through 60, inclusive,<br><br>Defendants. | **CASE NO. 2:15-cv-06000-R-RAO**<br><br>*[Assigned to Courtroom 8 - Honorable Manuel L. Real, Rozella A. Oliver, Magistrate]*<br><br>**DECLARATION OF MICHAEL G. JACOB IN SUPPORT OF MOTION FOR REMAND**<br><br>Date: December 21, 2015<br>Time: 10:00 a.m.<br>Courtroom: 8<br><br>*[Concurrently filed with the Notice of Motion, and Motion to Remand]*<br><br>Complaint filed: March 9, 2015<br>Removal: August 10, 2015<br>Trial Date: May 17, 2016 |

Kesluk, Silverstein & Jacob, P.C.
9255 Sunset Blvd., Ste. 411
Los Angeles, CA 90069
Tel: (310) 273-3180
Fax: (310) 273-6137

1
DECLARATION OF MICHAEL G. JACOB IN SUPPORT OF MOTION TO REMAND

# DECLARATION OF MICHAEL G. JACOB, ESQ.

I, Michael G. Jacob, declare as follows:

1. I am an attorney at law licensed to practice in the State of California before this court, and am a named partner in the law firm of Kesluk, Silverstein & Jacob, attorneys of record for Plaintiff herein. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto. I submit this declaration in support of Plaintiff's motion for remand.

2. As of today's date, the parties have not formally conducted any federal discovery other than exchanging initial disclosures.

3. A considerable amount of the substantive litigation of this case, including substantial written discovery, has already been propounded and responded to in the state court proceeding. The parties previously requested or responded to the following discovery in the state court proceeding:

| Tab No. | Discovery Title | Served By | Date |
|---|---|---|---|
| 1 | Form Interrogatories-General, Set No. One | Defendant | 04/30/15 |
| 2 | Form Interrogatories-Employment Law, Set No. One | Defendant | 04/30/15 |
| 3 | Special Interrogatories, Set One | Defendant | 04/30/15 |
| 4 | Requests for Production of Documents, Set One | Defendant | 04/30/15 |
| 5 | Requests for Admission, Set No. One | Defendant | 04/30/15 |
| 6 | Form Interrogatories-Employment Law, Set No. One | Plaintiff | 05/14/15 |
| 7 | Form Interrogatories-General, Set No. One | Plaintiff | 05/14/15 |
| 8 | Request for Production of Documents, Set No. One | Plaintiff | 05/14/15 |
| 9 | Subpoena for Production of Records (Chubb Group) | Plaintiff | 07/02/15 |
| 10 | Response to Form Interrogatories-General, Set One | Plaintiff | 07/09/15 |
| 11 | Response to Form Interrogatories-Employment Law, Set One | Plaintiff | 07/09/15 |

Kesluk, Silverstein & Jacob, P.C.
9255 Sunset Blvd., Ste. 411
Los Angeles, CA 90069
Tel: (310) 273-3180
Fax: (310) 273-6137

2
DECLARATION OF MICHAEL G. JACOB IN SUPPORT OF MOTION TO REMAND

| 12 | Response to Special Interrogatories, Set One | Plaintiff | 07/09/15 |
|----|-----------------------------------------------|-----------|----------|
| 13 | Response to Requests for Admission, Set One | Plaintiff | 07/09/15 |
| 14 | Response to Requests for Production of Documents, Set One | Plaintiff | 07/09/15 |
| 15 | Response to Form Interrogatories- Employment Law, Set One | Defendant | 07/23/15 |
| 16 | Response to Form Interrogatories- General, Set One | Defendant | 07/23/15 |
| 17 | Response to Request for Production of Documents, Set One | Defendant | 07/23/15 |

4. Aside from this motion for remand, there are no pending motions and/or discovery matters being addressed by the federal court.

5. At Defendant's request, Plaintiff has filed a stipulation to continue the trial and all related deadlines.

6. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 21, 2015. The parties also engaged in additional meet and confer efforts thereafter, continuing until on or about November 18, 2015.

Executed this 18th day of November 2015.

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct.

        /s/   Michael G. Jacob_____
        MICHAEL G. JACOB, ESQ.

*Kesluk, Silverstein & Jacob, P.C.*
9255 Sunset Blvd., Ste. 411
Los Angeles, CA  90069
Tel: (310) 273-3180
Fax: (310) 273-6137

3

DECLARATION OF MICHAEL G. JACOB IN SUPPORT OF MOTION TO REMAND