Case 2:15-cv-06000-R-RAO   Document 27   Filed 12/28/15   Page 1 of 1   Page ID #:392



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**KIRY K. GRAY**
Clerk of Court

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

December 18, 2015

FILED
CLERK, U.S. DISTRICT COURT
DEC 28 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

Clerk, Los Angeles Superior Court, Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

Re:  Case Number: 2:15-cv-06000-R-RAO
     Previously Superior Court Case No. BC574495
     Case Name: GILBERT GUZMAN V SPACE EXPLORATION TECHNOLOGIES CORP. ET AL

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on 12/18/2015, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U.S. District Court

By: /s/ Grace Kami
Deputy Clerk
(213) 894-0747
Western Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

12/22/15
Date

Clerk, Superior Court

By: (signature)
Deputy Clerk

CV-103 (10/15)    LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)